## 63647. FRANKLIN v. COLLINS et al.

Pope, Judge.

Appellant brings this appeal from the trial court's order granting appellees' motions to set aside judgment. "However, the grant of a motion to set aside a judgment, like the grant of a motion for new trial, leaves the case still pending in the court below and thus is not a final judgment." *Mayson v. Malone,* 122 Ga. App. 814, 815 (178 SE2d 806) (1970). Since there was no certificate by the trial court as provided in Code Ann. § 6-701 (a)(2)(A), this appeal is premature and must be dismissed.

*Appeal dismissed. Deen, P. J., and Sognier, J., concur.*

Decided June 29, 1982.

*Austin J. Kemp II,* for appellant.
*John P. Nixon,* for appellees.